IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. DERIVATIVE LITIGATION/<br><br>This Document Relates To:<br>Case No. 05-2644 | Master File No. C-05-2009 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |

Sindona v. Asher, C-05-2644 MMC, has been consolidated for all further proceedings with In re Electronic Arts, Inc. Derivative Litigation, C-05-2009 MMC.  As all ongoing matters are being filed in case no. C-05-2009 MMC, there appears to be no reason at this time to maintain the Sindona action as an open file for statistical purposes.  Accordingly, said action is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of said action, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: August 12, 2005

Maxine M. Chesney
United States District Judge